## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN RE:  **JOHN E. MAHONEY** | ) | MISC. BUSINESS DOCKET |
| | ) | No.: 19-mc-91144-DJC |
| | ) | |
| | ) | |
| | ) | |

## ORDER OF REINSTATEMENT

On April 19, 2019, **JOHN E. MAHONEY** filed an Affidavit of Compliance with the Supreme Judicial Court for the Commonwealth of Massachusetts wherein his status is now Active.

1. WHEREAS, on March 19, 2019, the Supreme Judicial Court for the Commonwealth of Massachusetts had cause to file with this Court a certified copy of an Order of Term Suspension/Stayed with respect to the aforementioned attorney;

2. WHEREAS, on May 13, 2019, this court issued a reciprocal Order of Term Suspension/Stayed according to L.R. 83.6.9.

3. WHEREAS, on May 20, 2026, **JOHN E. MAHONEY** filed an Affidavit of Compliance with this court according to L.R. 83.6.10.

WHEREFORE, pursuant to Local Rule 83.6.10 *Reinstatement*, **JOHN E. MAHONEY** is hereby Reinstated as a member of the bar of this Court.

Dated:  May 28 2026

Denise J. Casper
Chief U.S. District Judge